UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLAKE WARNER,<br><br>        Plaintiff,<br><br>  v.<br><br>INSIGHT GLOBAL, et al.,<br><br>        Defendants. | CASE NO. C19-1887-RAJ<br><br>REPORT AND RECOMMENDATION |

Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) Plaintiff indicates his ongoing receipt of Social Security Disability Insurance Benefits, but does not identify the amount received each month, that his spouse receives a monthly salary slightly exceeding their monthly expenses, and a total of $2,000.00 to $2,800.00 in checking and savings accounts.[1]

Because it appears plaintiff has financial resources allowing for payment of the Court's

---

[1] Plaintiff also filed two other complaints naming the same three defendants, Alcoa Electrical Agency, Insight Global, and Opti Staffing Company. *See Warner v. Alcoa Electrical Agency*, C19-1884-RSL (Dkt. 1-1), and *Warner v. Opti Staffing Company*, C19-6109-BHS (Dkt. 1-1). While the allegations in the other complaints are similar, they are specific to the first listed defendant in each case.

REPORT AND RECOMMENDATION
PAGE - 1

filing fee, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 13, 2019**.

DATED this 22nd day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge