HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLAKE WARNER

    Plaintiff,

v.

INSIGHT GLOBAL, *et al*.,

    Defendants.

Case No. 19-cv-1887-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, the plaintiff's objections, the remaining record, does hereby find and ORDER:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's IFP application is DENIED;

(3) This action should proceed only if plaintiff pays the $400.00 filing fee within thirty (30) days after entry of this Order. If no filing fee is paid within thirty days of this Order, the Clerk should close the file; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 7th day of February, 2020.

                                           The Honorable Richard A. Jones
                                           United States District Judge

ORDER – 1